AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:02-cr-176-SEB-TAB-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| JAMES VELEZ | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☐ DENIED.

☐ DENIED WITHOUT PREJUDICE.

☒ DENIED AS MOOT: Defendant James Velez filed a motion for compassionate release on October 13, 2020. Dkt. 8. The Court appointed counsel to represent Defendant, and counsel appeared on Defendant's behalf. Dkts. 11, 15. On January 6, 2021, the Department of Justice filed a notice of death, stating that Mr. Velez passed away on December 28, 2020. Dkt. 16. The Bureau of Prisons' website also confirms that Mr. Velez passed away on December 28, 2020. *See* https://www.bop.gov/inmateloc/ (last visited Jan. 8, 2021). Accordingly, Mr. Velez's motion for compassionate release, dkt. [8], is **denied as moot**.

IT IS SO ORDERED.

Date: 1/11/2021

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel